# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-00072-RLV-DSC

| | |
|---|---|
| **GREER LABORATORIES, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **LINCOLN DIAGNOSTICS, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Michael T. Gass and Anna Rachel Dray-Siegel]" (documents ## 3 and 4) filed June 12, 2015. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 16, 2015

David S. Cayer
United States Magistrate Judge